**The BANK OF NEW YORK MELLON, Respondent**

v.

**Miriam PRYOR, Petitioner**

**No. 356 MAL 2017**

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

**MCS PARTNERS, Respondent**

v.

**Ibrahim HAMDIN, Petitioner**

**No. 399 MAL 2017**

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jamel S. FORD, Petitioner**

**No. 244 EAL 2017**

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.